# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARA BANO,<br>    *Plaintiff,* | CIVIL ACTION |
| v. | No. 17-2296 |
| MICHAEL R. POMPEO, *et al.*,<br>    *Defendants.* | |

## ORDER

**AND NOW**, this **27th** day of **March 2019**, upon consideration of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 28), Plaintiff's Response thereto (ECF No. 30), and Defendants' Reply (ECF No. 32), and after oral argument on Defendants' Motion to Dismiss and in accordance with the Court's accompanying Opinion, it is hereby **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 28) is **GRANTED**. Accordingly, Plaintiff's Second Amended Complaint is **DISMISSED**. The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE